## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM CHAKAN<br>5701 Wellesley Avenue<br>North Olmstead, Ohio 44070 | )<br>)<br>)<br>) | Case no. |
| and | ) | |
| HEATHER CHAKAN<br>5701 Wellesley Avenue<br>North Olmstead, Ohio 44070 | )<br>)<br>)<br>) | (Removed from Cuyahoga County<br>Court of Common Pleas<br>Case No. CV-17-874968) |
| Plaintiffs. | ) | **NOTICE OF REMOVAL** |
| vs. | ) | |
| BHULLAR IMPORTS, LLC<br>1927 Rosa Parks Blvd.<br>Detroit, MI 48216 | )<br>)<br>) | |
| and | ) | |
| BHULLAR IMPORTS, INC.<br>dba Asian Food Imports<br>275 Wyandotte St. West<br>Windsor, ON N9A 5X1 | )<br>)<br>)<br>) | |
| and | ) | |
| JIHAD S. GORO<br>2986 Conservation<br>Windsor, ON N8W5L5 | )<br>)<br>) | |
| Defendants. | ) | |

    Defendants, Bhullar Imports, LLC, Bhullar Imports, Inc. dba Asian Food Imports, and Jihad S. Goro ("Defendants"), by and through counsel of record, Geoffrey A. Belzer of Wilson Elser Moskowitz Edelman & Dicker LLP, appear to remove this action, and submits this notice

2274511v.1

of removal in accordance with 28 U.S.C. §1446. In support of removal, Defendants state as follows:

1. Plaintiffs filed a complaint in the Court of Common Pleas, Cuyahoga County, Ohio on January 25, 2017, commencing the action *William H. Chakan et al. vs. Bhullar Imports, Inc., et al.* (Case No. CV-17-874968). A copy of the complaint is attached hereto as Exhibit 1.

2. Plaintiffs filed a First Amended complaint Court of Common Pleas, Cuyahoga County, Ohio on March 1, 2017, amending the legal name of the first named defendant to reflect its correct legal entity name of Bhullar Imports, LLC. A copy of the complaint is attached hereto as Exhibit 2.

3. Plaintiffs allege in their complaint that they are residents of the State of Ohio. (*See* Exhibit 2, ¶ 1)

4. Plaintiffs allege that Defendant Bhullar Imports, LLC is a resident corporation of of the State of Michigan. (*See* Exhibit 2, ¶ 2)

5. Plaintiffs allege that Defendant Bhullar Imports, Inc. dba Asian Food Imports is a resident corporation of Windsor, Ontario, Canada. (*See* Exhibit 2, ¶ 3)

6. Defendant Jihad S. Goro is a resident of Windsor, Ontario, Canada, and Plaintiffs attempted to serve him at 2986 Conservation, Windsor, Ontario N8W5L5. (*See* Exhibit 3, Summons).

7. Plaintiffs are citizens of Ohio, and Defendants are citizens and businesses located in the Province of Ontario, Canada, creating complete diversity of citizenship based on 28 U.S.C. § 1332(a).

8. Plaintiffs' Complaint does not allege a specific amount of damages, or put Defendants on notice of an amount demanded, except to state that the amount in controversy exceeds $25,000. (*See* Exhibit 2)

9. On multiple occasions, Plaintiffs' counsel, via correspondence with the undersigned, asserted that the value of the claim was greater than $2,000,000 Canadian (*See* Exhibit 4, Affidavit of Geoffrey A. Belzer.).

10. While Plaintiffs have not stated a specific demand, Plaintiffs' counsel asserted on March 9, 2017 that his demand would be in excess of Defendants' $2,000,000 Canadian insurance policy limits.

11. There can be no dispute the amount in controversy exceeds $75,000 pursuant to 28 U.S.C. §§ 1332(a)(2).

12. Further, service on Defendants was completed on or about March 8, 2017 when the undersigned, in order to resolve a dispute on service of a Canadian business entity and a Canadian citizen, agreed to accept service of the First Amended Complaint.

13. As such, this notice of removal is timely under 28 U.S.C. § 1446(b)(2)(B).

14. A copy of this notice has been sent to the state court.

15. Based on the above, all the requirements from removal of the state court action to this court under 28 U.S.C. § 1446 have been met.

For the foregoing reasons, Defendants Bhullar Imports, LLC, Bhullar Imports, Inc. dba Asian Food Imports, and Jihad S. Goro remove this action from the Court of Common Pleas, Cuyahoga County, Ohio to the United Stated District Court for the Northern District of Ohio, Eastern Division.

2274511v.1

Respectfully Submitted,

s/Geoffrey A. Belzer
Geoffrey A. Belzer (0071899)
**Wilson Elser Moskowitz Edelman & Dicker, LLP**
55 West Monroe Street – Suite 3800
Chicago, IL  60603-5001
(312) 704-0550; fax:  (312) 704-1522
geoffrey.belzer@wilsonelser.com
*Counsel for Defendants Bhullar Imports, LLC, Bhullar Imports, Inc. dba Asian Food Imports, and Jihad S. Goro*

## CERTIFICATE OF SERVICE

A copy of the foregoing has been sent by email and U.S. Mail, postage prepaid, this **10th** day of **March, 2017**, to the following:

Jamie R. Lebovitz, Esq.
Nurenberg Paris
1370 Ontario Street - Suite 100
Cleveland, Ohio 44113
*Attorney For Plaintiffs*

s/Geoffrey A. Belzer
Geoffrey A. Belzer (0071899)