IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| William Chakan | ) | Case No: **17 C 1903** |
| | ) | |
| v. | ) | |
| | ) | Judge: ROBERT W. GETTLEMAN |
| | ) | |
| Bhullar Imports | ) | |

**ORDER**

Defendants' motion to withdraw the removal of this matter without prejudice as erroneously filed is granted.
The motion hearing date of 3/21/2017 is stricken.

Date: March 16, 2017

ROBERT W. GETTLEMAN